

**...deration**

**...orm 560-302**

# Criminal Incident Report

| Part I | Name |
| --- | --- |

1. Full name **Monte Lee Baker**   2. Address **℅ P.O. Box 241**   3. City **Dubois**   4. State **Wyoming**

| Part II | Subject |
| --- | --- |

5. Subject of the incident
**Violation of Lawful Order of Wyoming Game and Fish Commission**

| Part III | Date, Time and Location of Incident |
| --- | --- |

6. Date **Apr. 2021 – Nov. 2022**   7. Time (HH/MM) AM/PM **see detailed incident**   8. Location, i.e. City, State, etc. **Teton County & Dubois (Fremont County) Wyoming**

| Part IV | Persons Involved |
| --- | --- |

9. List the names of all agents involved in the incident

**See Addendum IV #9**

10. Agency this report submitted to

**See Addendum IV #10**

| Part V | Details of the incident |
| --- | --- |

11. Explain to the fullest in your own words exactly what happened.

**See Addendum V**

CERTIFIED
COPY

See "Addendum A" for additional information if attached

Optional submission of this information to the State Recording Secretary for recording on the public "Land Recording System" is certification of my testimony herein.

By : **Monte-Lee: Baker** ©_____ Seal
American State National

Recording Number: **WY-10-2021-000013**

| Part VI | State Recorder Verification |
| --- | --- |

*All information below is to be filled in only by the authorized State Recording Secretary*

12. State recorders credential number
**2022-MO1jzcbe-**
**WY-220321-037-0000101**

13. State recorder's contact number
**801·759·6982**

Seal of Recording Secretary

14. State recorder's contact Email
**wyobarefoot@protonmail.com**

I Certify that the above named American State Nation does in fact hold that status and this document has been recorded on the public "Land Recording System" by me, the State Recording Secretary for:

**Monte Lee Baker**

By **Sue K. All ©**

560-302, Rev. February 14, 2021

# ADDENDUM to Part IV #9
## LIST OF OFFICERS INVOLVED IN TETON COUNTY INCIDENT
## Wyoming

**Circuit Court Clerk**
Erin Munk
PO. Box 2906
145 E. Simpson
Jackson, WY 83001

**Circuit Court Judge/Administrator**
James L. Radda
P.O. Box 2906
145 E. Simpson
Jackson, WY 83001

**Teton County and Prosecuting Attorney**
Erin W. Weisman    WSB # 6-3413
P.O. Box 4068
Jackson, WY  83001

**Circuit Court Judge/Administrator**
Robert B. Denhardt
450 N. 2nd, Rm. 230
Lander, Wy 82520

**Teton County Sheriff**
Matt Carr
P.O. Box 1885
Jackson, WY 83001

**Sherriff Deputy (Fremont County)**
Kelly Boudria  #1023
450 N. 2nd st.
Lander, Wy 82520

**Wyoming Game & Fish Officers:**
Scott Browning
Regional Office
260 Buena Vista Drive
Lander, WY  82520

**Case Officer**
Nathanael Thompson
420 Cache Street
Jackson, WY 83001
307-733-2321

**Forensics Officers** (telephone data extraction)
Dustin Kirsch (Monte phone)
351 Astle Avenue
Green River, WY 82935
307-875-3223

Daniel Beach (Mitchell phone)
700  Valley View Drive
Sheridan, WY 82801
307-672-7418

Kurt Streiglitz (Sterling phone)
Idaho Fish and Game Department
600 S. Walnut St.
Boise, ID 83712
208-334-3700

**Wyoming Game & Fish Commissioners**

KENNETH ROBERTS - President - District #3
Appointment January 27, 2021-March 1, 2023
Wyoming Game and Fish Commissioner
811 Moose Street, Kemmerer WY 83101
kenneth.roberts@wyo.gov
Appointment District #3 - Unita, Lincoln, Sublette and Teton Counties

RALPH BROKAW - Vice President - District #2
Appointment March 1, 2019 -March 1, 2025
Wyoming Game and Fish Commissioner
270 Brokaw Road
Arlington, WY 82083
ralph.brokaw@wyo.gov
Appointment District #2 - Sweetwater, Carbon, and Albany Counties

PETER J. DUBE - District #4
Appointment March 1, 2017-March 1, 2023
Wyoming Game and Fish Commissioner
28 Deer Haven Drive

Buffalo, WY 82834
peter.dube@wyo.gov
Appointment District #4 - Sheridan, Johnson, and Campbell Counties

RICHARD LADWIG - District #6
Appointment March 1, 2019 -March 1, 2025
Wyoming Game and Fish Commissioner
P.O. Box 21 Manville, WY 82227
richard.ladwig@wyo.gov
Appointment District #6 - Crook, Weston, and Niobrara Counties

GAY LYNN BYRD - District #7
Appointment March 1, 2017-March 1, 2023
Wyoming Game and Fish Commissioner
2775 Ross Road
Douglas, WY 82633
gaylynn.byrd@wyo.gov
Appointment District #7 - Converse, Natrona, Fremont

MARK JOLOVICH - District #1
Appointment March 1, 2021-March 1, 2027
Wyoming Game and Fish Commissioner
355 West 15th Street, Torrington, WY 82240
mark.jolovich@wyo.gov
Appointment District #1 - Platte, Goshen, and Laramie Counties

ASHLEE LUNDVALL - District #5
Appointment March 1, 2021-March 1, 2027
33 Stage Station Drive, Powell, WY 82435
ashlee.lundvall@wyo.gov
Appointment District #5 - Park, Big Horn, Hot Springs, and Washakie Counties Regional Office

Josh Roth
District 6 (Mountain-Prairie District), Fish and Wildlife Service
Lake Plaza North134 Union Boulevard
Lakewood, CO  80225

Adam Dale
Bridger-Teton Nation Forest, Pinedale Ranger District
P.O. Box 220
Pinedale, WY 82941

# ADDENDUM to Part IV #10
## TETON COUNTY INCIDENT
## Wyoming
## (Agency this report submitted to)

Reverend Carl Gallinger
Diocese of Cheyenne Chancery Office
2121 Capitol Ave.
P.O. Box 1468
Cheyenne, WY 82003-1468


OFFICE OF THE PROVOST MARSHAL GENERAL
2800 Army Pentagon
Washington, DC 20310-2800

U.S. STATE DEPARTMENT
2201 C STREET, NORTH WEST.
WASHINGTON, D.C. 20301-9998

UNITED STATES POSTAL SERVICE FOREIGN POSTAL SYSTEM
475 L'EFANT PLAZA, SOUTH WEST ROOM 4012
WASHINGTON, D.C. 20260-2200

Wyoming Governor Mark Gordon
State Capitol
200 West 24th Street
Cheyenne, WY 82002

Wyoming Supreme Court
Chief Justice: Kate M. Fox
2301 Capitol Avenue
Cheyenne, WY 82002
Voice: 307-777-7316


Secretary of State's Office
Karl T. Allred
Herschler Building East
122 West 25th Street
Suite 100
Cheyenne, WY 82002-0020
307-777-737email: SecOfState@wyo.gov

Attorney General: Bridget Hill
109 State Capitol
200 W. 24th Street
Cheyenne, WY 82002
307-777-7841

Attorney Generals' Criminal Division
Pioneer Building, 4th Floor
2424 Pioneer Avenue
Cheyenne, WY  82002
307-777-7977

Secretary of the Treasury: Janet Yellen
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

Office of Inspector General
1500 Pennsylvania Avenue, N.W.
Room 4436
Washington, DC 20220

# ADDENDUM to Part V
## DETAILS OF THE INCIDENT
Teton County

**July 29, 2021, 9 am @ 104 E. Ramshorn, Dubois, Wyoming (My store)**

I was called on the phone by Officer Scott Browning (Wyoming Game and Fish Investigator) requesting to meet me at my store. Officer Browning and Sheriff Deputy Kelly Boudria #1023, met me at my store and began discussing the previous incident involving my sons on the Federal Public lands (Teton National Forest) in Teton County. Officer Browning served me with a warrant, signed by Judge Robert B. Denhardt, for my cell phone. Officer Boudria seized upon me while Officer Browning physically removed my phone, by force, from my hands. They shut down my store for 2.5 hours and repeatedly interfered with my business, throughout the course of the day, while Officer Dustin Kirsch (Wyoming Game and Fish Officer: forensics) attempted to extract data from my phone. They kept my phone until August 16th, 2021. My phone is used every day as part of my business. On the same date, Office Daniel Beach (Wyoming Game and Fish Officer: forensics) and Federal Fish and Wildlife Service Officer Josh Roth seized my son Mitchell Xaviar Baker's phone to extract data. And Officer Kurt Streiglitz (Idaho Fish and Game Officer: forensics) seized my son Sterling Robert Baker's phone to extract data.

We received mandatory appearance **Summons to appear in court on May 2, 2022.** Anticipating challenging jurisdiction from the gallery, we asked a deputy sheriff officer if we could be provided with a microphone. We were instructed to ask the judge. When the judge entered the court, we remained seated as part of our challenge to the court's jurisdiction. Judge Radda stated we had to respect the court. We requested a microphone, but none would reach into the gallery, so we had to speak/yell in order for the judge to hear. He ordered/charged us with contempt of court, asked if I(Monte) had anything else to say.
I presented my public records demonstrating that I am an American State National (defined in 8 USC 1101 (a) 21). I did not get to present all records, which included mandatory notice for The Foreign Sovereign Immunities Act. Shortly after providing my records to the judge, he ordered that I be arrested and turned over to the custody of the Sheriff Department. I stated this was an illegal and unlawful arrest and constitutes an assault and battery. I was cuffed and incarcerated. Monte's son Mitchell followed, identifying himself as a man appearing by special appearance on behalf of the defendant (the Birth Certificate), assigned the Judge as the Trustee, the Clerk as the Administrator and instructed them to settle all debts. Mitchell was also remanded into the custody of the Sheriff Dept. and incarcerated.
Monte's youngest son followed and introduced himself in the same manner and was likewise incarcerated.
We were held for four days.

After incarceration, we appealed the judgement to the Teton County District Court and is currently pending additional briefing.

Subsequent hearings were held. At each, I (Monte) asserted the requirement/production of a contract as proof of jurisdiction, pursuant to several Supreme Court cases. The court and prosecutor never produced a contract and constantly argued other subject matter. <u>Without the contract, enforcement cannot take place lawfully.</u> Sterling noted the absence of a living man or woman who would testify to personal injury. The prosecutor never addressed or responded to my public records which challenged every presumption of the court nor did they produce an injured party of any kind. Judge Radda would assert jurisdiction and side with the prosecutor in every aspect, even in light of clearly valid case law and public records depriving him off jurisdiction. And the Prosecutor would not respond to our rebuttals or requests for discovery which included the production of any and all legislative acts (enabling clauses) of the Wyoming State Constitution and/or Federal Constitution that provide for the creation of a non-elected body of officers (Wyoming Game and Fish Commissioners) to make laws, rules, or orders that apply to members of the General Public (standing in their original political status) on public lands. This request for discovery was made in light of the recent West Virginia v EPA in which the Supreme Court held that Congress has no ability to delegate its legislative function to sub-contracting agencies and un-elected bureaucrats, which echoed the Tennessee Supreme Court case, Norton v. Shelby County.

The following violations occurred:

| | | |
|---|---|---|
| 18 USC 3571, 28 USC 3002(15) | Violation of Oath of Office | 250,000 |
| 18 USC 3571, 28 USC 3002(15) | Armed Abuse of Office | 200,000 |
| 18 USC 3571, 28 USC 3002(15) | Armed Abuse of Authority | 200,000 |
| 18 USC 111-114 | Armed Assault and Battery | 200,000 |
| 18 USC 43 | Armed Threat of Violence | 200,000 |
| 18 USC 2331 | Armed Coercion | 200,000 |
| 18 USC 3571 | Denied Proper Warrant(s) | 250,000 |
| 18 USC 3571 | Denied Right of Reasonable | |
| 18 USC 3571 | Defense Arguments | 250,000 |
| 18 USC 3571 | Defense Evidence (Records) | 250,000 |
| 18 USC 3571 | Denied Right to Truth in Evidence | 250,000 |
| 18 USC 3571, 42 USC 1983 | Armed Violation of Due Process | 200,000 |
| 18 USC 3571 | Slavery (Forced Compliance to contracts | |
| 18 USC 3571 | Not held) | 250,000 |
| 18 USC 3571 | Denied Provisions in the Constitution | 250,000 |
| 18 USC 3571 | Armed Treason, War, against Americans | 250,000 |
| 18 USC 242 | Armed Deprivation of Rights Under | |
| | Color of Law | 200,000 |
| 18 USC 241 | Conspiracy Against Rights | |
| 32 CFR 536.77(a)(3)(vii) | Emotional Distress | 200,000 |
| 42 CFR 488.301 | Mental Anguish Abuse | 200,000 |
| 18 USC 1581, 42 USC 1994 | Peonage (felony) | 200,000 |
| 18 USC 351 | Kidnapping ($1,600,000/day) | 1,000,000 |

| Statute | Description | Amount |
|---|---|---|
| 18 USC 241 & 242 | Unlawful Incarceration (75,000/hr) | 7,200,000 |
| 18 USC 287 | Defamation of Character | 200,000 |
| | Armed Trespass | 200,000 |
| 18 USC 1621, 42 USC 1986 | Neglect/Failure to Protect/Act | 200,000 |
| 18 USC 219 | Acting as Agents of Foreign Principles | 200,000 |
| | Armed Operating Statutes Without Bond | 200,000 |
| Chap. 2b 78FF | Fictitious Conveyance of Language | 200,000 |
| 18 USC 1512 (b) | Tampering with a Witness | 1,000,000 |
| 18 USC 1512 CH. 73 | Obstruction of Justice | 200,000 |
| 18 USC 1341 | Frauds & Swindles | 1,000,000 |
| 18 USC 1342 | Fictious Name/Mail Fraud | 1,000,000 |
| 18 USC 1692 | Foreign Mail as United States mail | |
| 18 USC 1693 | Carriage of mail generally | |
| 18 USC 1701 | Obstruction of mails generally | |
| 18 USC 1702 | Obstruction of correspondence | |
| 18 USC 1703 | Delay or destruction of mail or newspapers | |
| 18 USC 1726 | Postage collected unlawfully | |
| UPU 114 (2.2) | Postage prepaid taxe Percue | |
| 18 USC 2333 | Civil Remedies – International Terrorism | |
| 18 USC 1652 | Citizens as pirates | |
| | Failure to state a claim for which relief can be granted | 250,000 |
| 18 USC 1341 | Fraud | 1,000,000 |
| | Fraud upon the Court | 2,000,000 |
| 18 USC 3571 | Forced separation from marriage contract $1,600,000 per day (four days) | 6,400,000 |
| | Criminal Contempt of Court | 500,000 |
| | AND OTHER... | |
| 15 USC 1125 (a) and 11 | Violation of Lanham Act--- attempted attachment and seizure of Unregistered Trademarks | |
| 28 USC 1331 (1) and (2) and (3) | Violation of Admiralty, Maritime and Prize Cases | |
| 18 USC 7 (1),(3),(8) and (13) | Violation of Special Maritime and Territorial Jurisdiction of the United States | |
| 39 USC 1-908 and 3621-3591 | Violation of The Postal Accountability and Enhancement Act | |
| 46 U.S.C.A. Appendix Sections 781-790 | Violation by Presumption of the Public Vessels Act | |
| 31 U.S.C.A. Section 3729 (a) and (7) | Violation of The False Claims Act | |
| 28 USC 1602-1611 | Violation of The Foreign Sovereign Immunities Act | |

Statutes-at Large Title 12, Sec. 411    Violation

Sec. 701 [43 USC 1701 note] (a)    Violation of Federal Land Policy and Management Act